O

# United States District Court
# Central District of California

| | |
|---|---|
| TERESA MCCLENDON,<br><br>    Plaintiff,<br><br>    v.<br><br>ALS aka ASSOCIATION LIEN SERVICES, a California Corporation; PARK HOMES AND THE LOFTS COMMUNITY ASSOCIATION; and DOES 1–10, inclusive,<br><br>    Defendants. | Case № 2:16-cv-01690-ODW-PLA<br><br>**ORDER DENYING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO SERVE DEFENDANT PARK HOMES AND THE LOFTS COMMUNITY ASSOCIATION [20]** |

    Plaintiff Teresa McClendon, who is appearing pro se, requests an extension of time in which to serve Defendant Park Homes and the Lofts Community Association. (ECF No. 20 ("Req.").) Since the date of that filing, more than 60 days have passed without service being effected on Park Homes. Federal Rule of Civil Procedure ("FRCP") 4(m) provides that a defendant must be served within 90 days after the Complaint is filed. As to Defendant ALS, Plaintiff complied with this Rule by effecting service of process on March 24, 2016. (*See* ECF Nos. 10, 11.) In order to comply with FRCP 4(m), Defendant Park Homes should have been served no later than July 9, 2016, but service of process has not been completed.

    On May 2, 2016, Plaintiff requested that this Court issue an order allowing her

to serve Defendant Park Homes by publication.  (Req. for Order to Serve Def. by Publication, ECF No. 14.)  The Court denied this request, concluding that Plaintiff had not shown "reasonable diligence" in using other methods to effect service of process upon Park Homes.  (Order Denying Pl. Req. for Order Authorizing Service by Publication, ECF No. 17).  Since that time, up to and including the time since requesting an extension for serving Park Homes, Plaintiff has not provided any evidence that she has taken any additional efforts to locate Park Homes, or that all possible means of effecting traditional service of process have been exhausted.

For the reasons discussed above, the Court **DENIES** Plaintiff's Request for an extension to serve Defendant Park Homes and the Lofts Community Association. (ECF No. 20.)  Further, since Plaintiff has failed to properly serve this Defendant, the case is **DISMISSED** as to Defendant Park Homes and the Lofts Community Association without prejudice.

**IT IS SO ORDERED.**

September 16, 2016

_____
                    **OTIS D. WRIGHT, II
                    UNITED STATES DISTRICT JUDGE**