JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA MCCLENDON,<br><br>   Plaintiff,<br><br>   v.<br><br>ALS aka ASSOCIATION LIEN SERVICES; PARK HOMES AND THE LOFTS COMMUNITY ASSOCIATION; and DOES 1 through 10, inclusive,<br><br>   Defendants. | **Case No: 2:16-cv-01690-ODW-PLA**<br><br>**ORDER GRANTING DISMISSAL OF THE ENTIRE ACTION** |

Pursuant to Plaintiff Teresa McClendon's Notice of Voluntary Dismissal (ECF No. 28), and good cause appearing therefore:

**IT IS HEREBY ORDERED** that:

1. Pursuant to Federal Rules of Civil Procedure, Rule 41(a), the entire action and all claims asserted therein are hereby DISMISSED with prejudice; and
2. All dates and deadlines in this action are vacated and taken off calendar.

**IT IS SO ORDERED**.

November 29, 2016

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**

2